# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/91

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kyle, Richard H. | United States District Court District of Minnesota | 3/21/92 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | X Nomination, Date 3/20/92  X Initial __ Annual __ Final | 1/1/91 - 2/29/92 |

7. Chambers or Office Address

Briggs and Morgan
2200 First National Bank Building
Saint Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts,** checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Officer, Director, Shareholder and Employee | Briggs and Morgan, P.A. |
| Director | The Saint Paul Foundation |
| Advisory Director | First Trust National Association |
| Officer, Director | White Bear Yacht Club |
| Director | Minnesota State Bar Foundation |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| | Upon my resignation from Briggs and Morgan, the firm will pay to me the value (as of 12/31/91) of my Class A and Class B shares. In addition, my interests in the profit sharing and pension plans of the firm will be available to me. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1990 | Lawyer Compensation/Briggs and Morgan | $ 159,128 |
| 1991 | Lawyer Compensation/Briggs and Morgan | $ 178,800 |
| 1/1/92-2/29/92 | Lawyer Compensation/Briggs and Morgan | $ 18,000 |
| | | $ |
| | | $ |

26(a)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kyle, Richard H. | 3/21/92 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.15-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [ ] NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| First Bank White Bear Lake | Loan | J |
| Paine Webber Group, Inc. | Margin Account | J |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

26(b)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kyle, Richard H. | 3/21/92 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy,sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 Baxter Int'l. - Common | A | Div. | K | T | | | | | |
| 2 Bristol Myers - Common | A | Div. | K | T | | | | | |
| 3 Burlington Resources Inc. - Common | A | Div. | K | T | | | | | |
| 4 Burlington Northern Inc. - Common | A | Div. | J | T | | | | | |
| 5 Dun & Bradstreet Corp. - Common | A | Div. | K | T | | | | | |
| 6 First Bank System - Common | A | Div. | J | T | | | | | |
| 7 IBM - Common | A | Div. | J | T | | | | | |
| 8 3M Co. - Common | B | Div. | K | T | | | | | |
| 9 Norfolk Southern Corp. - Common | B | Div. | L | T | | | | | |
| 10 Paine Webber Group - Common | A | Div. | J | T | | | | | |
| 11 Seligman Growth Fund (Mutual Fund) | A | Div. | K | T | | | | | |
| 12 Union Camp Corp. - Common | A | Div. | J | T | | | | | |
| 13 Union Pacific Corp. - Common | A | Div. | J | T | | | | | |
| 14 Albion IV Limited Partnership | A | | J | R | | | | | |
| 15 Beadle Lloyd Properties Limited Partnership | A | | K | R | | | | | |
| 16 Class A and B Stock Briggs and Morgan, P.A. | A | | L | U | | | | | |
| 17 Note Receivable from Briggs and Morgan,P.A. | A | Int. | K | T | | | | | |
| 18 Checking Account - First Bank White Bear Lake, MN | A | Int. | J | T | | | | | |
| 19 Checking Account - First Bank Saint Paul, MN | A | Int. | J | T | | | | | |
| 20 (DC) IBM | A | Div. | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | N=$100,001 to $250,000 |
| | M=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

· 26(c)

Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kyle, Richard H. | 3/21/92 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

### VII. INVESTMENTS AND TRUSTS

It is not clear to me whether Section VII (Investments and Trusts) calls for disclosure of my financial interest in the law firm's pension and profit sharing plans or my interest in an IRA account. My current financial interest in the firm's pension plan would be classified as Value Code M, the profit sharing plan as Value Code N, and my IRA Account and that of my spouse as Value Code K.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____      Date __3/21/92_____

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
                                                          Administrative Office of the
                                                             United States Courts
                                                          Washington, DC  20544

26(d)

Digitized by Google